UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| JAMES ANTHONY MILLER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV615-127 |
| BULLOCH COUNTY BOARD OF COMMISSIONERS, LYNN M. ANDERSON, in his official capacity as Sheriff of Bulloch County, Georgia, et al. | ) | |
| Defendants. | ) | |

# ORDER

Plaintiff James Anthony, represented by counsel, brought this civil rights and personal injury case against the Bulloch County Board of Commissioners; Lynn M. Anderson, in his official capacity as Sheriff of Bulloch County; and several employees of the Bulloch County Sherriff's Department. Doc. 1. He has paid the filing fee but has failed to serve the defendants within the 120 days demanded by the then-effective Fed. R. Civ. P. 4(m).¹ The Court thus directs him, within 14 days of the date this

---

¹ Rule 4 was amended April 29, 2015, and the amendments became effective December 1, 2015. Fed. R. Civ. P. 4. The amendment shortened the time to serve a defendant from 120 to 90 days. See Fed. R. Civ. P. 4 advisory committee's note to

Order is served, to show cause why his case should not be dismissed for violating Rule 4(m).

**SO ORDERED** this <u>3rd</u> day of November, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

2015 amendment. Anthony filed this action on October 30, 2015, so he was required to serve defendants within 120 days.