UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES ANTHONY MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV615-127 |
| | ) | |
| BULLOCH COUNTY BOARD OF | ) | |
| COMMISSIONERS, LYNN M. | ) | |
| ANDERSON, in his official capacity | ) | |
| as Sheriff of Bulloch County, Georgia, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, it is **ADOPTED** as the opinion of the Court and James Anthony Miller's complaint is therefore **DISMISSED** without prejudice.

**ORDER ENTERED** at Augusta, Georgia, this ___6th___ day of January, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA